```
          IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DISTRICT OF WISCONSIN
```
_____

DANIEL R. MCBRIDE,

              Plaintiff,

    v.                                                     ORDER
                                                            07-C-491-S

MIKE THURMER, LORI SIMON
and CHAPLAIN FRANCIS,

              Defendants.

_____

    Plaintiff moves for a Court order allowing him three hours a day of extra law library time at the institution. This motion will be denied because law library schedules are decided by the institution and not this Court.

                                    ORDER

    IT IS ORDERED that plaintiff's motion for a Court order granting him extra law library time is DENIED.

    Entered this <u>25th</u> day of October, 2007.

                                     BY THE COURT:

                                        /s/

                                     JOHN C. SHABAZ
                                     District Judge

Case: 3:07-cv-00491-bbc   Document #: 16   Filed: 10/25/07   Page 2 of 2