IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DANIEL R. MCBRIDE,

        Plaintiff,

  v.                                                  ORDER
                                                        07-cv-491-jcs
MIKE THURMER, LORI SIMON
and CHAPLAIN FRANCIS,

        Defendants.
_____

    Plaintiff moves to compel discovery. He has submitted a copy of defendants' responses to his discovery. The Court has reviewed the responses and concludes that defendants have provided all the documents that are reasonably calculated to lead to admissible evidence. Accordingly, plaintiff's motion to compel discovery will be denied.

                                      ORDER

    IT IS ORDERED that plaintiff's motion to compel discovery is DENIED.

    Entered this 29th day of November, 2007.

                                        BY THE COURT:

                                              /s/

                                      _____
                                      JOHN C. SHABAZ
                                      District Judge