IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL R. McBRIDE,

                                                                            ORDER

                    Plaintiff,

                                                        07-cv-491-bbc

     v.

MIKE THURMER; LORI SIMON;
and CHAPLAIN FRANCIS,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has now submitted a trust fund account statement so that I can determine his initial partial payment of the fee for filing an appeal. I conclude that he qualifies for indigent status, and that he must pay an initial partial payment to the clerk of this court in the amount of $4.60 .

ORDER

      IT IS ORDERED that plaintiff McBride's request to proceed <u>in forma pauperis</u> on appeal is GRANTED. He may have until March 11, 2008, in which to submit a check or money order made payable to the Clerk of Court in the amount of $4.60 as an initial partial

1

payment of the fee for filing his appeal. The remainder of the $455 fee must be paid in monthly installments according to 28 U.S.C. § 1915(b)(2).

If, by March 11, 2008, plaintiff fails to pay the initial partial payment, I will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 27th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge